# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

MATTIE C. SMITH                                                          PLAINTIFF

VS.                                          CIVIL ACTION NO. 3:09cv137-HTW-LRA

HUNTER ENGINEERING COMPANY,
BRUCE B. BRITTON AND BUILDERS
TRANSPORTATION CO., LLC                                   DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came on for hearing on the joint motion of Plaintiff, Mattie C. Smith, and Defendant, Hunter Engineering Company, requesting this Court to dismiss Defendant, Hunter Engineering Company, with prejudice. The Court, having been informed that Plaintiff and Defendant have settled by agreement, finds that this motion is well-taken and should be, and the same hereby is, granted.

The Court is further advised that Plaintiff settled with the other named defendants prior to the removal of the case to this Court and that upon the dismissal of Hunter Engineering Company, the matter may be closed.

IT IS THEREFORE ORDERED AND ADJUDGED, that Defendant, Hunter Engineering Company is dismissed with prejudice, with each party to bear its respective costs.

SO ORDERED AND ADJUDGED this the 29th day of July, 2009.

                                                 s/ HENRY T. WINGATE
                                                 CHIEF UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED:

/s/ C. Brent Jones
C. BRENT JONES, Attorney
for Mattie C. Smith

/s/ Louis B. Lanoux
LOUIS B. LANOUX, Attorney for
Hunter Engineering Company